UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **NICOLE GUNSETT**, On behalf of herself and all others similarly situated, </br></br> Plaintiff, </br> v. </br></br> **BIG LOTS STORES, INC.**, </br></br> Defendant. | CASE NO. 2:16-cv-1210 </br></br> JUDGE EDWARD G. SARGUS </br></br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff respectfully notifies the Court she is dismissing this action, **without prejudice**, pursuant to Federal Rule Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Nilges Draher, LLC


*/s/ Shannon M. Draher*
Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone:	(330) 470-4428
Facsimile:	(330) 754-1430
Email:	sdraher@ohlaborlaw.com
	hans@ohlaborlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2017 the foregoing *Notice of Dismissal Without Prejudice* was sent to Corporation Service Company, 50 West Broad Street Suite 1330, Columbus, Ohio 43215.

                                         */s/ Shannon M. Draher*
                                         Shannon M. Draher
                                         *Attorney for Plaintiff*